AO 442 (Rev. 11/11) Arrest Warrant

F#112250822

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

~~SEALED~~

| United States of America | ) |
|---|---|
| v. | ) |
| Ryan Matthew Muehlberg | ) Case No. CR 20-252 (7) WMW/HB |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**ARREST WARRANT**

RECEIVED JUN 23 2022
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

RECEIVED 2021 MAR 17 AM 7:10 US MARSHALS SAINT PAUL, MN

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Ryan Matthew Muehlberg,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ✓ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1 - Conspiracy To Distribute a Controlled Substance, 21:841(a)(1) and 846.

Date: 03/16/2021

*M. Fogarty*
*Issuing officer's signature*

City and state: St. Paul, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
ARRESTED ON 6/23/2022
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

*Arresting officer's signature*

*Printed name and title*

SCANNED JUN 23 2022
U.S. DISTRICT COURT ST. PAUL